UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROY WILLIAMS (#343533)

VERSUS

MAJ. FRANKLIN, ET AL

CIVIL ACTION

NO. 11-769-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which an objection[2] was filed:

IT IS ORDERED that plaintiff's unfair disciplinary claim is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and plaintiff's excessive force claims are dismissed without prejudice for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling them in forma pauperis status.[3]

---

[1] Rec. Doc. No. 6.

[2] Rec. Doc. No. 7.

[3] *Underwood v. Wilson*, 151 F.3d 292, 296 (5th Cir. 1998)(*abrogated in part by Jones v. Bock*, 549 U.S. 199, 127 S.Ct. 910 (2007)(abrogating the holding that a district court may dismiss

Doc#47664

Therefore:

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 18, 2012.

*[signature]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

a civil complaint *sua sponte* for failure to exhaust).

Doc#47664